UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| LUIS K. ENCALADA, | 07-CV-5354 (AKH) |
| Plaintiff, -against- 100 CHURCH LLC, ET AL., Defendants. | NOTICE OF ADOPTION BY ZAR REALTY MANAGEMENT CORP. OF ANSWER TO MASTER COMPLAINT |

**PLEASE TAKE NOTICE** that defendant **ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.** for the building located at 100 Church Street, (hereinafter "Zar/Sapir") as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, herein adopt Zar/Sapir's Answer to Master Complaint, dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

**WHEREFORE**, Zar/Sapir demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
September 7, 2007

                                            **HARRIS BEACH PLLC**
                                            *Attorneys for Defendant*
                                            ZAR REALTY MANAGEMENT CORP. n/k/a
                                            SAPIR REALTY MANAGEMENT CORP.

                                            */s/ Stanley Goos*

                                            Stanley Goos, Esq. (SG 7062)
                                            100 Wall Street, 23rd Floor
                                            New York, New York 10005
                                            (212) 687-0100

TO:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279

*Liaison Counsel for Plaintiff*

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006

*Liaison Counsel for the Defendants*

All Other Defense Counsel

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on September 7, 2007, I caused the following document to be electronically via the Court's ECF system:

1. Notice of Zar Realty Management Corp. n/k/a Sapir Realty Management Corp.'s Adoption of Answer to Master Complaint.

The undersigned further certifies that on September 7, 2007, I caused the aforesaid documents to be served via First Class Mail upon the following:

| | |
|---|---|
| Paul Napoli, Esq.<br>Worby Groner Edelman & Napoli Bern LLP<br>115 Broadway, 12th Floor<br>New York, New York 10006 | James E. Tyrrell, Esq.<br>Joseph Hopkins, Esq.<br>Patton Boggs LLP<br>One Riverfront Plaza, 6th Floor<br>Newark, New Jersey 07102 |
| Robert A. Grochow, Esq.<br>Robert A. Grochow, P.C.<br>233 Broadway, 5th Floor<br>New York, New York 10279 | Thomas Egan, Esq.<br>Flemming Zulack Williamson Zauderer LLP<br>One Liberty Plaza<br>New York, New York 10006 |
| Gregory J. Cannata, Esq.<br>Law Offices of Gregory J. Cannata<br>233 Broadway, 5th Floor<br>New York, New York 10279 | ***Liaison Counsel for the Defendants*** |
| ***Liaison Counsel for Plaintiffs*** | |

Dated: September 7, 2007

*[signature]*

Stanley Goos, Esq. (SG 7062)