UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                :
IN RE WORLD TRADE CENTER LOWER              :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION          :
                                                                :
                                                                :
                                                                :
-----------------------------------------------------------------X
                                                                :
LUIS K. ENCALADA,                                  :    07-CV-05354-AKH
                                                                :
                                   Plaintiff,           :
                                                                :    **APPEARANCE**
          - against -                                  :
                                                                :
100 CHURCH LLC, *et al.*,                         :    **ELECTRONICALLY FILED**
                                                                :
                                   Defendants.       :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York              DICKSTEIN SHAPIRO LLP
          October 3, 2007

                              By:      /s/ Judith R. Cohen
                                     _____
                                     Judith R. Cohen (JC-8614)
                                     1177 Avenue of the Americas
                                     New York, New York 10036
                                     Phone: (212) 277-6500
                                     Fax: (212) 277-6501

                                     *Attorney for Defendant*
                                     MERRILL LYNCH & CO., INC.