

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x

IN RE WORLD TRADE CENTER DISASTER
SITE LITIGATION

--------------------------------------------------------- x

:
:
:
:
:
:
:
:
:
:
:

21 MC 102 (AKH)

**This order relates to claims against
VERIZON NEW YORK INC.
ONLY in:**

All cases listed in Schedule A

ALVIN K. HELLERSTEIN, U.S.D.J.:

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the
attorneys of record for the parties to the individual actions listed in Schedule A, that whereas no
party hereto is an infant or incompetent person for whom a committee has been appointed, and
no person not a party has an interest in the subject matter of these actions, the listed actions be,
and the same hereby are discontinued against Verizon New York Inc., **only,** without prejudice,
without costs to either party as against the other.

IT IS HEREBY FURTHER STIPULATED AND AGREED, that should facts or
circumstances derived from future discovery, or otherwise, come to light that indicate a
relationship to the litigation and a basis of a claim against the defendant for whom this
Stipulation is being entered, and/or should it come to light that the information provided by said
defendant in support of its request of discontinuance at this time, be discerend in the future to
have been inaccurate, false or misleading, plaintiff may re-assert its claim against said defendant
by motion, stipulation or otherwise, and without the necessity of additional service of process,
and in no event will said defendant raise any statute of limitations defense other than as may

have been asserted based upon the date of filing of the original action, at the time that the action

was originally commenced against said defendant.

    This Stipulation may be filed without further notice with the Clerk of the Court and

defendant will obtain, if necessary, any Judicial "So Order" of this Stipulation and any other

signatory, if necessary.

Dated:    January 29, 2008
           New York, New York


KIRKLAND & ELLIS LLP
*Attorneys for Defendant,*
*Verizon New York Inc.*

By: _LeeAnn Stevenson /nc_
    LEE ANN STEVENSON

Citigroup Center
153 East 53rd Street
New York, New York 10022
Tel: (212) 446-4917

WORBY GRONER EDELMAN
& NAPOLI BERN, LLP
*Attorneys for Plaintiff*

By: _____
    CHRISTOPHER LOPALO (CL-6466)

115 Broadway, 12th Floor
New York, New York 10006
Tel: (212) 587-0031


**SO ORDERED:**  2/6/08

HON ALVIN K. HELLERSTEIN

2

## Schedule A - 21 MC 102 Docket

| No. | Plaintiff | Index Number |
|-----|-----------|--------------|
| 1 | Battle, Richard | 07 CV 05277 |
| 2 | Colucci, Christopher | 06 CV 14564 |
| 3 | Delorbe, Luciano | 06 CV 12731 |
| 4 | Doyle, Edward | 06 CV 13880 |
| 5 | Fallon, William P. | 06 CV 14636 |
| 6 | Francis, Charles | 07 CV 01611 |
| 7 | Garcia, Viviana | 06 CV 14671 |
| 8 | Graziano, Anthony | 06 CV 14694 |
| 9 | Jara, Marina | 07 CV 04477 |
| 10 | Kochanski, Daniel | 06 CV 10377 |
| 11 | Letz, Alan | 06 CV 14793 |
| 12 | Pepe, Robert S. | 06 CV 12802 |
| 13 | Saeteros, Milton I. | Not Available |
| 14 | Yozefowicz, Yan | 07 CV 05329 |
| 15 | Zolfo, Vincent | 06 CV 12843 |