KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MPM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.,**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
**IN RE COMBINED WORLD TRADE CENTER**        21 MC 102 (AKH)
**AND LOWER MANHATTAN DISASTER SITE**
**LITIGATION**
-------------------------------------------------------------------x
LUIS K. ENCALADA,                            DOCKET NO.:
                                             07 CV 05354
                Plaintiff,

       -against-

100 CHURCH, LLC,, ABATEMENT
PROFESSIONALS, ABSCOPE ENVIRONMENTAL
INC., AMBIENT GROUP, INC., AMERICAN          NOTICE OF
EXPRESS COMPANY, AMERICAN                    APPEARANCE
EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC., APPLIED ENVIRONMENTAL,
INC., BRP TOWER C CO., LLC., BFP TOWER C
MM LLC., BLACKMON-MOORING
STEAMATIC CATASTPHONE, INC., d/b/a/
BMS CAT, BRISTOL ENVIRONMENTAL, INC.,
CATAMOUNT ENVIRONMENTAL, INC., CDL
NEW YORK LLC., CLAYTON ENVIRONMENTAL,
CONSULTANTS, COMPREHENSIVE ENVIRONMENTAL
SERVICE CO., CONTAMINANT CONTROL, INC.,
COVINO ENVIRONMENTAL, ASSOCIATES, INC.,
CRITERION LABORATORIES INC., CUNNINGHAM
DUCT CLEANING CO., INC., DARLING ASBESTOS
DISPOSAL COMPANY INC., DIVERSIFIED ENVIRONMENTAL
CORPORATION, DYNASERV INDUSTRIES, INC.,
ENVIRONMENTAL SERVICES AND TECHNOLOGIES, INC.,
ENVIRONMENTAL TESTING, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HELLMAN ENVIRONMENTAL
GROUP, LLC INDOOR ENVIRONMENTAL TECHOLOGY,

INC., LAW ENGINEERING, P.C., LEHMAN
BROTHERS, INC., LEHMAN COMMERCIAL
PAPER INC., LVI ENVIRONMENTAL SERVICES,
INC., LVI SERVICES, INC., MARCOR REMEDIATION
INC., MERRILL LYNCH & CO. INC., MILRO
ASSOCIATES, INC., NORWICH LABORATIES,
PAR ENVIRONMENTAL CORPORATION,
PINNACLE ENVIRONMENTAL CORPORATION,
POTOMAC ABATEMENT INC., ROYAL
ENVIRONMENTAL INC., SENCAM, INC.,
SPECIALTY SERVICE CONTRACTING INC,.
SYSKA AND HENNESSY, TELLABS
OPERATIONS, INC., TISHMAN INTERIORS
CORPORATION, TRAMMEL CROW COMPANY,
TRAMMELL CROW CORPORATE
SERVICES, INC., TRC ENGINEERS, INC.,
TTI ENVIRONMENTAL SERVICES, INC.,
VERIZON NEW YORK, INC., WILLIAM
WFP RETAIL CO., G.P., CORP., WFP RETAIL
CO., L.P., WILLIAM F. COLLINS, ARCHITECT,
and ZAR REALTY MANAGEMENT, CORP., et al.

                        **Defendants.**
................................................................................x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.,**

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       August 28, 2008
                                        Kevin G. Horbatiuk
                                        Kevin G. Horbatiuk (KGH4977)
                                        Matthew P. Mazzola (MPM7427)
                                        Attorneys for Defendant
                                        **LUIS K. ENCALADA**
                                        RUSSO, KEANE & TONER, LLP
                                        26 Broadway, 28th Floor
                                        New York, New York 10004
                                        (212) 482-0001
                                        **RK&T File No. 824.078**

TO: CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**LUIS K. ENCALADA**
115 Broadway - 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 28th day of August, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**LUIS K. ENCALADA**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**