KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MPM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.,**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

**IN RE COMBINED WORLD TRADE CENTER**
**AND LOWER MANHATTAN DISASTER SITE**
**LITIGATION**

21 MC 102 (AKH)

-----------------------------------------------------------------------x

**LUIS K. ENCALADA,**

DOCKET NO.:
07 CV 05354

**Plaintiff,**

-against-

**100 CHURCH, LLC,, ABATEMENT**
**PROFESSIONALS, ABSCOPE ENVIRONMENTAL**
**INC., AMBIENT GROUP, INC., AMERICAN**
**EXPRESS COMPANY, AMERICAN**
**EXPRESS TRAVEL RELATED SERVICES**
**COMPANY, INC., APPLIED ENVIRONMENTAL,**
**INC., BRP TOWER C CO., LLC., BFP TOWER C**
**MM LLC., BLACKMON-MOORING**
**STEAMATIC CATASTPHONE, INC., d/b/a/**
**BMS CAT, BRISTOL ENVIRONMENTAL, INC.,**
**CATAMOUNT ENVIRONMENTAL, INC., CDL**
**NEW YORK LLC., CLAYTON ENVIRONMENTAL,**
**CONSULTANTS, COMPREHENSIVE ENVIRONMENTAL**
**SERVICE CO., CONTAMINANT CONTROL, INC.,**
**COVINO ENVIRONMENTAL, ASSOCIATES, INC.,**
**CRITERION LABORATORIES INC., CUNNINGHAM**
**DUCT CLEANING CO., INC., DARLING ASBESTOS**
**DISPOSAL COMPANY INC.,  DIVERSIFIED ENVIRONMENTAL**
**CORPORATION, DYNASERV INDUSTRIES, INC.,**
**ENVIRONMENTAL SERVICES AND TECHNOLOGIES, INC.,**
**ENVIRONMENTAL TESTING, INC.,  GPS ENVIRONMENTAL**
**CONSULTANTS, INC., HELLMAN ENVIRONMENTAL**
**GROUP, LLC INDOOR ENVIRONMENTAL TECHOLOGY,**

NOTICE OF
ADOPTION
OF ANSWER TO
MASTER COMPLAINT

INC., LAW ENGINEERING, P.C., LEHMAN
BROTHERS, INC., LEHMAN COMMERCIAL
PAPER INC., LVI ENVIRONMENTAL SERVICES,
INC., LVI SERVICES, INC., MARCOR REMEDIATION
INC., MERRILL LYNCH & CO. INC., MILRO
ASSOCIATES, INC., NORWICH LABORATIES,
PAR ENVIRONMENTAL CORPORATION,
PINNACLE ENVIRONMENTAL CORPORATION,
POTOMAC ABATEMENT INC., ROYAL
ENVIRONMENTAL INC., SENCAM, INC.,
SPECIALTY SERVICE CONTRACTING INC,.
SYSKA AND HENNESSY, TELLABS
OPERATIONS, INC., TISHMAN INTERIORS
CORPORATION, TRAMMEL CROW COMPANY,
TRAMMELL CROW CORPORATE
SERVICES, INC., TRC ENGINEERS, INC.,
TTI ENVIRONMENTAL SERVICES, INC.,
VERIZON NEW YORK, INC., WILLIAM
WFP RETAIL CO., G.P., CORP., WFP RETAIL
CO., L.P., WILLIAM F. COLLINS, ARCHITECT,
and ZAR REALTY MANAGEMENT, CORP., et al.

                    **Defendants.**
.............................................................................X


    **PLEASE TAKE NOTICE,** that defendant **CUNNINGHAM DUCT WORK s/h/i/a**

**CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO,

KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by

Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced

action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in

the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102

(AKH).

    **WHEREFORE,** the defendant, CUNNINGHAM demands judgment dismissing the above

captioned caption action as against it, together with its costs and disbursements and for such other

and further relief as this Court deems just and proper.

Dated: New York, New York
      August 28, 2008

Kevin G. Horbatiuk
Kevin G. Horbatiuk (KGH4977)
Matthew P. Mazzola (MPM7427)
Attorneys for Defendant
**LUIS K. ENCALADA**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
**RK&T File No. 824.078**

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
       WORBY GRONER EDELMAN & NAPOLI BERN, LLP
       Attorney for Plaintiff
       **LUIS K. ENCALADA**
       115 Broadway - 12th Floor
       New York, New York 10006
       (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 28th day of August, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**LUIS K. ENCALADA**
115 Broadway 12th Floor
New York, New York 10006

**KEVIN G. HORBATIUK**